389 A.2d 693

Commonwealth v. Leiphart, Appellant.

Argued March 15, 1978. Victor Dell'Alba, for appellant; Floyd P. Jones, Assistant District Attorney, and John C. Uhler, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

389 A.2d 693

Commonwealth v. Mahone, Appellant.

Argued March 15, 1978. David A. Johnston, Jr., for appellant; Oscar F. Spicer, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence reversed and case remanded for resentencing.

PRICE and VAN der VOORT, JJ., dissented.